THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY.

(Argued June 18, 1884 ; decided June 27, 1884.)

*Raphael J. Moses, Jr.,* for appellant.

*George W. Wingate* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE, ex rel. ERNEST DREVET, Respondent, *v.* THE BOARD OF FIRE COMMISSIONERS OF THE CITY OF NEW YORK, Appellant.

(Argued June 18, 1884 ; decided June 27, 1884.)

*D. J. Dean* for appellant.

*Douglas A. Levien, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE REMINGTON PAPER COMPANY, Appellant, *v.* ANNA M. O'DOUGHERTY, Respondent.

(Submitted June 18, 1884 ; decided June 27, 1884.)

*Elon R. Brown* for appellant.

*O'Brien & Emerson* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.